# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3242 | **DATE** | 8/8/2008 |
| **CASE TITLE** | Hudson vs. Astrue | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to appear in forma pauperis [5] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|

Case 1:08-cv-03242   Document 6   Filed 08/08/2008   Page 1 of 1

08C3242 Hudson vs. Astrue                                                                                   Page 1 of 1